IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL BROWN                                                              PLAINTIFF

v.                                    3:05CV00262 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 26th day of March, 2007.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```